# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re  ProAir Holdco, LLC  Debtor.[1] | Chapter 7  Case No. 22-11194 (LSS) |
| In re  ProAir Intermediate Holdco, LLC  Debtor. | Chapter 7  Case No. 22-11195 (LSS) |
| In re  ProAir, LLC  Debtor. | Chapter 7  Case No. 22-11196 (LSS) |
| In re  American Cooling Technology, LLC  Debtor. | Chapter 7  Case No. 22-11197 (LSS) |

---

[1] The Debtors in the above captioned Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: ProAir Holdco, LLC (1960), ProAir Intermediate Holdco, LLC (3331), ProAir, LLC (8392), American Cooling Technology, LLC (7742), Bus Air, LLC (8627) and Evans Tempcon Delaware, LLC (8229). The Debtors' principal place of business is 2900 County Road 6 West, Elkhart, IN 46514.

| In re | Chapter 7 |
|---|---|
| Bus Air, LLC | Case No. 22-11198 (LSS) |
| Debtor. | |
| In re | Chapter 7 |
| Evans Tempcon Delaware, LLC | Case No. 22-11198 (LSS) |
| Debtor. | |

# NOTES PERTAINING TO DEBTOR'S SCHEDULES AND ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

These notes (the "<u>Notes</u>") relate to the Schedules of Assets and Liabilities (collectively, the "<u>Schedules</u>") and the Statements of Financial Affairs (collectively, the "<u>Statements</u>"), prepared for ProAir Holdco, LLC, ProAir Intermediate Holdco, LLC, ProAir, LLC, American Cooling Technology, LLC, Bus Air, LLC and Evans Tempcon Delaware, LLC (collectively, the "<u>Debtors</u>"), who commenced their chapter 7 cases on November 16, 2022 (the "<u>Petition</u>").

## GENERAL NOTES

1. <u>Sources and Limitations on Information Available to the Debtors</u>. The Debtors have relied upon information received, either directly or indirectly from parties to prepare the Schedules and Statements and may not be able to independently verify the information set forth in the Schedules and Statements outside the reliance on those parties. As a result, inadvertent errors or omissions (either partial or complete) may exist in the Schedules and Statements, which could be material. Subsequent receipt and/or verification of information may result in material changes in financial data requiring amendment of the Schedules and Statements. Accordingly, the Schedules and Statements remain subject to further review and verification by the Debtors/Trustee and are subject to the limited availability of information to which the Debtors have access.

2. <u>General Reservation of Rights; No Waiver</u>. The Debtors and their estates reserve all of their rights with respect to any claims, defenses (including rights of offset and recoupment), and causes of action that they may have, and neither these Notes nor the Schedules and Statements shall in any way waive, prejudice, impair, or otherwise affect the assertion of such claims, defenses (including rights of offset and recoupment), and causes of action. The Debtors reserve the right to dispute, or to assert offsets or defenses to, including by an

amendment to the Schedules, any claim reflected on the Schedules as to amount, liability, priority, secured or unsecured status, classification, or the characterization of the structure of any transaction or any document or instrument related to a creditor's claim. Without limiting the foregoing, the inclusion on Schedule D of creditors that have asserted liens of any nature is not intended to be an acknowledgement of the validity, extent, or priority of any such liens, and the Debtors reserve their right to challenge such liens and the underlying claims on any ground whatsoever. In addition, the relative priority of any creditors listed on Schedule D remains subject to the intercreditor relationships in the governing documents. The failure to include any asset, executory contract or unexpired lease in the Schedules and Statements shall not be construed as an abandonment, waiver or relinquishment of the same.

**Fill in this information to identify the case:**

Debtor name: Evans Tempcon Delaware, LLC

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (If known): 22-11199 (LSS)

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

1. **Gross revenue from business**

   ☒ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ MM/DD/YYYY | to Filing date | ☐ Operating a business ☐ Other _____ | $ _____ |
   | **For prior year:** | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | ☐ Operating a business ☐ Other _____ | $ _____ |
   | **For the year before that:** | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | ☐ Operating a business ☐ Other _____ | $ _____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____ MM/DD/YYYY | to Filing date | _____ | $ _____ |
   | **For prior year:** | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | _____ | $ _____ |
   | **For the year before that:** | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | _____ | $ _____ |

Debtor  Evans Tempcon Delaware, LLC                              Case number (*if known*) 22-11199 (LSS)
       Name

# Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Creditor's name<br>Street<br>City          State      ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br>Street<br>City          State      ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Insider's name<br>Street<br>City          State      ZIP Code<br>**Relationship to debtor** | | $ | |
| 4.2. | Insider's name<br>Street<br>City          State      ZIP Code<br>**Relationship to debtor** | | $ | |

Official Form 207  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**  page **2**

Debtor  Evans Tempcon Delaware, LLC  
Name

Case number (*if known*) 22-11199 (LSS)

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name / Street / City State ZIP Code | | | $ |
| 5.2. | Creditor's name / Street / City State ZIP Code | | | $ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name / Street / City State ZIP Code | Last 4 digits of account number: XXXX–_ _ _ _ | | $ |

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | Name / Street / City State ZIP Code | ☐ Pending / ☐ On appeal / ☐ Concluded |
| 7.2. | | | Name / Street / City State ZIP Code | ☐ Pending / ☐ On appeal / ☐ Concluded |

Debtor  Evans Tempcon Delaware, LLC
       Name
Case number (if known) 22-11199 (LSS)

## Part 4: Certain Gifts and Charitable Contributions

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| Street | Case title | Court name and address |
| | | Name |
| City   State   ZIP Code | Case number | Street |
| | Date of order or assignment | City   State   ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $ |
| Street | | | |
| City   State   ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor  Evans Tempcon Delaware, LLC
       Name
Case number (*if known*) 22-11199 (LSS)

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1.

**Address**

Street

City     State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

$ _____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2.

**Address**

Street

City     State     ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

$ _____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**Trustee**

$ _____

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **5**

Debtor  Evans Tempcon Delaware, LLC    Case number (*if known*) 22-11199 (LSS)
        Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1.  
    $ _____

**Address**

_____  
Street

_____  
City         State     ZIP Code

**Relationship to debtor**

_____

Who received transfer?

13.2.  
    $ _____

**Address**

_____  
Street

_____  
City         State     ZIP Code

**Relationship to debtor**

_____

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.  
_____  
Street

_____  
City         State     ZIP Code

From _____   To _____

14.2.  
_____  
Street

_____  
City         State     ZIP Code

From _____   To _____

| Debtor | Evans Tempcon Delaware, LLC | Case number (*if known*) 22-11199 (LSS) |
|---|---|---|
| | Name | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name _____ Street _____ City  State  ZIP Code | _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name _____ Street _____ City  State  ZIP Code | _____ **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____
  Does the debtor have a privacy policy about that information?
  ☐ No
  ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
  ☐ No. Go to Part 10.
  ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

  Has the plan been terminated?
  ☐ No
  ☐ Yes

Debtor  Evans Tempcon Delaware, LLC            Case number (if known) 22-11199 (LSS)
       Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Name / Street / City State ZIP Code | XXXX– __ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other ____ | _____ | $ _____ |
| 18.2. Name / Street / City State ZIP Code | XXXX– __ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other ____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name / Street / City State ZIP Code | _____ Address _____ | _____ | ☐ No ☐ Yes |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **8**

Debtor  Evans Tempcon Delaware, LLC               Case number (*if known*) 22-11199 (LSS)
       Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name / Street / City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:
- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title / Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name / Street / City State ZIP Code | | ☐ Pending / ☐ On appeal / ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

Official Form 207           **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**           page **9**

Debtor  Evans Tempcon Delaware, LLC             Case number (*if known*) 22-11199 (LSS)
        Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
    ☒ No
    ☐ Yes. Provide details below.

    | **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
    |---|---|---|---|
    | Name | Name | | |
    | Street | Street | | |
    | City   State   ZIP Code | City   State   ZIP Code | | |

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

    | | **Business name and address** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
    |---|---|---|---|
    | 25.1. | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
    | | Street | | **Dates business existed** |
    | | City   State   ZIP Code | | From _____ To _____ |
    | 25.2. | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
    | | Street | | **Dates business existed** |
    | | City   State   ZIP Code | | From _____ To _____ |
    | 25.3. | Name | | EIN: __ __ - __ __ __ __ __ __ __ |
    | | Street | | **Dates business existed** |
    | | City   State   ZIP Code | | From _____ To _____ |

Debtor  Evans Tempcon Delaware, LLC          Case number (if known) 22-11199 (LSS)

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address** — **Dates of service**

26a.1. See Statement Attachment 26a.
Name
Street
City    State    ZIP Code

From _____ To _____

26a.2.
Name
Street
City    State    ZIP Code

From _____ To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address** — **Dates of service**

26b.1. RSM US LLP
Name
130 S. Main Street
Street
Suite 200
South Bend    IN    46601
City    State    ZIP Code

From 04/12/16 To 11/01/16

26b.2.
Name
Street
City    State    ZIP Code

From _____ To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address** — **If any books of account and records are unavailable, explain why**

26c.1. See Statement Attachment 26c
Name
Street
City    State    ZIP Code

| | | |
|---|---|---|
| Debtor | Evans Tempcon Delaware, LLC | Case number *(if known)* 22-11199 (LSS) |
| | Name | |

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | |
| | Street | |
| | City  State  ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Berkshire Bank |
| | Name |
| | One Van de Graff Drive |
| | Street |
| | Suite 202 |
| | Burlington  MA  01803 |
| | City  State  ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | Name |
| | Street |
| | City  State  ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | Name |
| | Street |
| | City  State  ZIP Code |

Debtor  Evans Tempcon Delaware, LLC  Case number (if known) 22-11199 (LSS)
       Name

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
|  |  |  | $ |

27.2.

**Name and address of the person who has possession of inventory records**

Name

Street

City    State    ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Pizette | SLR Credit Solutions, 2 International Place, Boston, MA 02110 | Board of Directors, ProAir Holdco, LLC |  |
| Patrick Shafer | BC Partners Advisors LP, 650 Madison Ave., 23rd Floor, New York, NY 10022 | Board of Directors, ProAir Holdco, LLC |  |
| William Karol | Koda Enterprises Group, 51 Sawyer Rd, Suite 420, Waltham, MA 02453 | Board of Directors, ProAir Holdco, LLC / Member ProAir Holdco, LLC | 0.82% |
| William Karol Family Trust | Koda Enterprises Group, 51 Sawyer Rd, Suite 420, Waltham, MA 02453 | Member ProAir Holdco, LLC | 16.54% |
| SLR Credit Solutions | 2 International Place, Boston, MA 02110 | Member ProAir Holdco, LLC | 43.35% |
| BC Partners Advisors, LLP | 650 Madison Ave., 23rd Floor, New York, NY 10022 | Member ProAir Holdco, LLC | 39.29% |
| Matthew Scheuler | 2900 County Road 6 West, Elkhart, IN 46514 | Chief Executive Officer |  |
| Todd Courts | 2900 County Road 6 West, Elkhart, IN 46514 | Chief Financial Officer |  |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Janice Hodson | 51 Sawyer Rd, Suite 420, Waltham, MA 02453 | Treasurer, ProAir Holdings Corporation | From 09/11/02 To 2/11/22 |
| James Peden | 51 Sawyer Rd, Suite 420, Waltham, MA 02453 | Vice President, ProAir Holdings Corporation | From 09/11/02 To 2/11/22 |
| William Leaver | 51 Sawyer Rd, Suite 420, Waltham, MA 02453 | Secretary, ProAir Holdings Corporation | From 09/11/02 To 2/11/22 |
|  |  |  | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.

Name

Street

City    State    ZIP Code

**Relationship to debtor**

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **13**

Debtor  Evans Tempcon Delaware, LLC                       Case number (*if known*) 22-11199 (LSS)
      Name

|  | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2. | | | | |
| | Name | | | |
| | Street | | | |
| | | | | |
| | City    State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| ProAir Holdco, LLC | EIN: 8 7 - 4 3 5 1 9 6 0 |
| ProAir Intermediate Holdco, LLC | EIN: 8 7 - 4 3 2 3 3 3 1 |
| ProAir Holdings Corporation | EIN: 3 2 - 0 0 4 2 6 8 8 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/29/2022
             MM / DD / YYYY

✗ /s/ Todd Courts                         Printed name  Todd Courts
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Chief Financial Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**In re Evans Tempcon Delaware, LLC**
**Case No. 22-11199 (LSS)**
**Statement Attachment 26a**
**Books, Records, and Financial Statements**

| Name | Address | Date of Service (from and to) |
|---|---|---|
| Todd Courts | 2900 County Road 6 West, Elkhart, IN 46514 | 12/31/2018 to 11/1/2022 |
| Rachel Baird | 2900 County Road 6 West, Elkhart, IN 46514 | 10/28/2019 to 11/1/2022 |
| Kristin Wilson | 6630 East Highway 114, Haslet, TX 76052 | 4/5/2021 to 11/1/2022 |
| | | |
| | | |

**In re Evans Tempcon Delaware, LLC**
**Case No. 22-11199 (LSS)**
**Statement Attachment 26c**
**Books, Records, and Financial Statements**

| Name | Address | If any books of account and records are unavailable, explain |
|---|---|---|
| Todd Courts | 2900 County Road 6 West, Elkhart, IN 46514 | |
| Rachel Baird | 2900 County Road 6 West, Elkhart, IN 46514 | |
| Kristin Wilson | 6630 East Highway 114, Haslet, TX 76052 | |
| | | |
| | | |
| | | |